IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tricia Mezzacappa             :
                                      :
           v.                   :         No. 1312 C.D. 2021
                                        :
Northampton County,            :
                    Appellant      :

**PER CURIAM**                        **O R D E R**

NOW, May 30, 2023, upon consideration of Appellant's application for reargument, and Appellee's answer in response thereto, the application is DENIED.